**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Pedro Orozco, | ) | |
|           Plaintiff, | ) ) ) | No. 18 C 2409 |
| v. | ) ) ) | Judge Charles R. Norgle, Sr. |
| Cook County Officer Arce, Cook County Officer Machunis, | ) ) ) | |
|           Defendants. | ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
**WITHIN THE SAME FIRM**

To:     **Pedro R. Orozco**
          K-58570
          Lincoln - LCC
          P.O. Box 549
          Lincoln, IL 62656
          PRO SE

      **PLEASE TAKE NOTICE** that on December 2, 2019, Oscar Kpota, an Assistant State's Attorney for Cook County assigned to the Civil Rights Litigation Section, withdrew his appearance for Defendants: Officer Arce and Officer Machunis, and Ryan Suniga, an Assistant State's Attorney for Cook County assigned to the Civil Rights Litigation Section, substituted his appearance for Defendants: Officer Arce and Officer Machunis.

      **DATED** December 2, 2019

                                                    Respectfully Submitted,

                                                      KIMBERLY FOXX
                                                    State's Attorney of Cook County

                                    By:     */s/ Ryan Suniga*
                                                      Ryan Suniga
                                                      Assistant State's Attorney
                                                      Civil Rights Litigation Section
                                                      500 Richard J. Daley Center
                                                      Chicago, IL 60602
                                                      (312) 603-7930

## **CERTIFICATE OF SERVICE**

Ryan Suniga hereby certifies that, in accordance with Fed. R. Civ. P. 5. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the Defendants' *Notice of Withdrawal and Substitution of Counsel Within the Same Firm* was served pursuant to the District Court's ECF system as to ECF filers.

*/s/ Ryan Suniga*
Ryan Suniga