U.S District Court Northern District Of Illinois

Case: 1:18-cv-02409 Document #: 50 Filed: 12/18/19 Page 1 of 16 PageID #:182

PC SCAN

FILED 12/18/2019 PJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

18cv2409

Plaintiff

Pedro Orozco
v.
Defendants:
Mulchunis, ARCE
Sheriff's

Case # 2409
Judge: Charles R. Norgle

## Motion for Attorney representation

Now comes Plaintiff Pedro Orozco #K-58570 Respectfully requesting this court to grant this motion for attorney representation for reasons stated:

1. Lack of education
2. Lack of civil knowlege
3. Plaintiff is diagnosed with mental health disorders
4. Plaintiff is prescribed multiple medications, which makes it hard to comprehend at times.
5. See case, Linda Reed Plaintiff Appellant v. State of Illinois et al, Defendants-Appellees No. 14-1745. United States Court of Appeals, Seventh Court, Argued Sept 21, 2015 Decided Oct 30, 2015 Amended Dec 11 2015
6. Plaintiff made more than one attempt to get a lawyer, and was denied all attempts
7. Defendants lawyer refuses to reward Plaintiff with reasonable offer during conversations about damages
8. Plaintiff made more than three attempts to agree with ~~settling~~ settling with defendants.
9. Defendants lawyers havent handed over requested documents during ~~interog~~ interogatories

①

And hasnt answered any of Plaintiff's questions.

10. Defendants lawyers refuses to keep constant communication and also refuses to keep open negotiation.

11. See exibits 1-14 to support claim.

12. Plaintiff needs help in getting ready for summary Judgement and possible trial.

---

For the reasons stated, Plaintiff is respectfully requesting for this motion for attorney representation, to be granted.

Respectfully submitted,

Pedro Orozco #K-58570

 # 1

### ILLINOIS DEPARTMENT OF CORRECTIONS
### EVALUATION OF SUICIDE POTENTIAL

Facility: Lawrence  Date: 4-4-18

Offender Name: OROZCO, Pedro  ID #: K58570  DOB: 1-27-78

| # | Question | Yes | No |
|---|---|---|---|
| 12. | Does the offender express thoughts of killing him or herself? | ☐ | ☒ |
| 13. | Does the offender have a plan for suicide? | ☐ | ☒ |
|  | • If yes, describe: | | |
| 14. | Does the offender have the means to carry out a suicide plan? | ☐ | ☒ |
| 15. | Does the offender have a family member or significant other who has attempted or completed suicide? | ☒ | ☐ |

• If yes, What is the persons relationship to the offender? Brother - Hey Kinned

Identify the date and method of the attempted or completed suicide: 16 years ago  "anok"

Calculate the total number of yes/no responses in each column:  Yes 6  No 9

## Section II: Protective Factors

| # | Question | Yes | No |
|---|---|---|---|
| 1. | Does the offender have a spiritual or cultural opposition to suicide? | ☒ | ☐ |
| 2. | Does the offender display a positive future orientation or a sense of hope? | ☒ | ☐ |
| 3. | Does the offender have an active, positive support system that includes family, spouse, friends or community ties? | ~~☒~~ | ☒ |
| 4. | Does the offender appear to have good impulse control? | ☐ | ☒ |
| 5. | Is the offender a caretaker or does he or she have a sense of responsibility to family or children? | ☒ | ☐ |
| 6. | Is the offender able to identify multiple effective coping or problem solving skills? | ☒ | ☐ |
| 7. | Is the offender compliant with psychotropic medications (self-report)? | ☒ | ☐ |
| 8. | Other? (identify): _____ | ☐ | ☐ |

Calculate the total number of yes/no responses in each column:  Yes 5  No 2

## Section III: Summary

- TOTAL NUMBER OF RISK FACTORS (FROM SECTION I): _____6_____

  **If the number of affirmative responses is greater than five, the offender should be reviewed for crisis watch and referred for a mental health evaluation.**

- TOTAL NUMBER OF RISK FACTORS (FROM SECTION II): _____5_____

  **The number of affirmative protective factors should be taken into consideration when reviewing for crisis watch.**

#2

Illinois Department of Corrections

## Mental Health Progress Note

Lawrence Correctional Center
_____
Facility

**Session Date:** 4-6-2018     **Time:** 12:06pm     **Session Duration:** 20 min

**Offender Name:** (Last, First) Orozco, Pedro     **ID Number:** K58570

### Part I: Offender Information

**Level of Care:** ☒ General/Outpatient  ☐ Special/Residential Treatment Unit  ☐ Crisis Placement  ☐ Inpatient
**MSR:** _____     **Discharge:** _____

**Check all that apply:** ☐ Designated SMI  ☐ Designated GBMI  ☐ On Enforced Medication  ☐ None

☐ No face-to-face contact occurred
  (If checked, skip Brief Mental Status Evaluation section, document information in Part III)

☐ Completed by Behavioral Health Technician
  (If checked, skip Brief Mental Status Evaluation section, document information in Part III)

### Part II: Brief Mental Status Evaluation

| | | | |
|---|---|---|---|
| Level of Cooperation: | ☒ Cooperative | ☐ Guarded/Suspicious | ☐ Hostile | ☐ Uncooperative |
| Orientation: | ☒ Ox3 (Time, place, person) | ☐ OX _____ (list:) _____ | | ☐ Disoriented |
| Affect: | ☒ Unremarkable | ☐ Constricted | ☐ Blunt/Inexpressive | ☐ Flat | ☐ Labile |
| Appearance: | ☒ Appropriately Groomed | ☐ Disheveled | ☐ Poor Hygiene | |
| Thought Process: | ☒ Clear/Coherent | ☐ Circumstantial | ☐ Tangential | ☐ Perseveration |
| | ☐ Loose Association | ☐ Word Salad/Incoherent | ☐ Thought Blocking | |

### Part III: S.O.A.P. Note

**S** = subjective, offender self-report of presenting problem; **O** = objective, clinician view of presenting problem;
**A** = assessment, clinician assessment of offender; **P** = plan, current plan, link to treatment plan

S: MHP contact in Segregation Soothing Room per Offender Requests "Someone is trying to break into my cell at night and kill me", "can you follow through with that single cell request we talked about?". Patient reported that he had previously spoken to an MHP and was told Mental Health could get him assigned as single cell. MHP advised Patient that he was mistaken. MHP advised Patient that some offenders are designated Predator or Vulnerable by Mental Health but those are designated related to sexual issues and do not necessarily create a single cell designation for an offender. Patient reported feeling unsafe from physical aggression from others related to his charges. Patient reported that he has spoken to IA about the situation. Patient reported that he continues to refuse housing if cellmates are placed with him. Patient reported he is concerned that if he has a cellmate he will hurt the cellmate to protect himself. We discussed the concepts of control and worry. MHP advised Patient to take one day at a time and keep an open mind, as not all offenders have an underlying goal of hurting him. Patient became frustrated and stated that "Mental Health is not helping me". MHP explained to Patient that the role of MHP is not to change the world to suit the needs of the Patient, but to assist the Patient in managing their own emotions and behaviors in relation to the events in his world. Patient reported not thoughts of self-harm, SI, and HI and reported that he felt the session helped some and was ready to return to his cell.

**Clinician Name (Print):** Kelly J. Gay, MSW, LCSW     **Signature:** _____

**Facility:** Lawrence Correctional Center     **Title:** MHP

Page 1 of 2

Distribution: Offender Medical File     *Printed on Recycled Paper*     DOC 0282 (Rev. 05/2016)

#3

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

Facility: Lawrence    Date: 4-4-18

Offender Name: OROZCO, PEDRO (Last, First, MI)    ID #: K58570    DOB: 1-27-78

## Section I: Risk Factors

1. Have there been reports that the offender may be at risk for suicide? — Yes ☐ No ☒
2. Has the offender experienced a significant loss within the previous six months? — Yes ☐ No ☒
   - If yes, describe:
3. Is the offender worried about any major problems other than his or her legal situation? — Yes ☒ No ☐
   - If yes, describe: Housing
4. If the offender holds a position of respect in the community, is he or she having difficulty adjusting to the loss of freedom, status or privilege? — Yes ☐ No ☒
5. Is this the offenders first involvement with the legal system? — Yes ☐ No ☒
   - If yes, describe:
6. Does the offender appear to feel unusually embarrassed or ashamed? — Yes ☒ No ☐
7. Does the offender express feelings of hopelessness or helplessness? — Yes ☒ No ☐
8. Does the offender show signs of depression (i.e. crying, emotional flatness, etc.)? — Yes ☒ No ☐
   - If yes, describe:
9. Does the offender seem overly anxious, afraid, or angry? — Yes ☒ No ☐
   - If yes, describe: always
10. Is the offender acting or talking in a strange manner (e.g. cannot focus his or her attention, hallucinating, etc.)? — Yes ☒ No ☐
    - If yes, describe: Hear scratching noises and a door bed
11. Has the offender made previous suicide attempts? — Yes ☐ No ☒
    - If yes,
      How many attempts have been made previously? _____
      Date and method of the most recent suicide attempt:

#4

**Illinois Department of Corrections**

**Mental Health Evaluation**

Facility: Lawrence

Date: August 17, 2017

Offender Name:
Last, First, M.I. Orozco, Pedro

ID Number: K58570

D.O.B.: 1/27/78

Stable on medication

**DSM Diagnosis** (Use current DSM formatting guidelines):

**Disposition (Check one):**
- [x] General Outpatient Unit
- [ ] Special/Residential Treatment Unit
- [ ] Crisis Placement
- [ ] Inpatient Referral
- [ ] Medical Referral

Evaluation completed by:

Teresa Boose ACSW, LCSW, CADC
Print Name — Signature — Title: MHP — Date: 8/17/17

# 5

**Illinois Department of Corrections**

**Mental Health Evaluation**

Facility: Lawrence

Date: August 17, 2017

Offender Name:
Last, First, M.I.  Orozco, Pedro

ID Number: K58570

D.O.B.: 1/27/78

| | |
|---|---|
| Is the offender able to ignore the voices? | No ☐  Yes ☐  N/A |
| Does the offender obey the voices? | No ☐  Yes ☐ |
| What does the offender do to make the voices go away? | N/A |

Does the offender report having a history of strange, odd, or very peculiar things happening to him or her?

Note offender comments: None

Does the offender report unusual visual perceptions?  No ☑  Yes ☐

*If feigning or exaggeration of symptoms is suspected, ask appropriate questions and report in narrative summary.*

Historian:  Very reliable ☑   Fairly reliable ☐   Fair/Poor ☐   Inconsistent ☐   Unreliable ☐

### Narrative Summary and Diagnostic Impressions

*(Provide evidence to support diagnosis and any relevant social concerns that contribute to the overall clinical picture. Include current risk assessment, including homicidal thinking, impulse control, inside and judgment.)*

PTSD - Chronic
Bipolar I vs II

#6

**Illinois Department of Corrections**
**Psychiatric Diagnostic Evaluation**

Date: August 25, 2017   Facility: Lawrence Correctional Center

Offender Name: Last, First Orozco, Pedro   ID Number: K58570   D.O.B.

Explain:

Affect: ☐ Euthymic ☐ Dysthymic ☐ Hyperthymic ☐ Anxious ☐ Angry ☐ Irritable ☐ Manic
☐ Appropriate ☐ Inappropriate ☒ Full range ☐ Constricted ☐ Other

Cognition: ☐ Above average ☒ Average ☐ Below average ☐ Unable to evaluate due to:

Offender description of his or her mood:
"real edgy"

Other observations:

*If feigning or exaggeration of symptoms is suspected, ask appropriate questions and report in narrative summary.*

**16. Historical Reliability:** Reliable ☐   Fairly reliable ☒   Unreliable ☐   Other ☐

**17. Narrative Summary and Diagnostic Impressions**
(Provide evidence to support diagnosis and any relevant social concerns that contribute to the overall clinical picture. Include current risk assessment, including homicidal thinking, impulse control, insight and judgment, historical reliability, reason for diagnostic change or psychotropic medication changes or dosage changes.)

IM w/ bipolar disorder and PTSD reports ongoing sx. but has not been fully compliant with meds. He requested for all meds to be moved to 5. He also request to be on Risperdal due to SE. Will also prescribed Effexor ER to help maintain stability. Safety plan was discussed and he was aware of the availability of MHP. IM will be monitor for need to adjust medication.

IM and Mental Health Provider completed treatment plan (doc 0284) and reviewed consent for treatment, goals of treatment, limits of confidentiality, duty to warn, and other things pertaining to treatment and private information.

**18. DSM Psychiatric Diagnosis**
unspecified bipolar d/o
PTSD
stimulant and cannabis use d/o

Modified Global Assessment  60  to  70

Based upon diagnosis, Modified GAF and need for supportive services, Offender is designated SMI   Yes ☒   No ☐   ~~category~~ Seriously Mentally Ill

**19. Psychiatric Plan**

☒ AIMS completed today (if necessary)   ☐ AIMS to be done by RN (if necessary)   ☐ AIMS not necessary

☒ Labs ☐ CMP ☒ BMP ☐ CBC+Plts ☐ Thyroid Profile ☐ Lithium ☐ Carbamazepine
☐ VPA ☒ Lipid Profile ☐ BP/P ☐ A1C ☐ EKG ☐ Abd Circumference ☐ Weight
☐ Other:



**Illinois Department of Corrections**
**Psychiatric Diagnostic Evaluation**

Date: August 25, 2017  Facility: Lawrence Correctional Center

fender Name:
Last, First Orozco, Pedro   ID Number: K58570   D.O.B.

Start Time: see log

Signature of Person Completing This Form: **Jack Yen**
Digitally signed by Jack Yen
Date: 2017.08.25 06:00:37 -07'00'

Allergies or Medication Sensitivities? Yes ☒ No ☐  List, including reaction: Tegretol-hives

Gender: ☒ Male ☐ Female ☐ Transgendered ☐ Other (identify):

Race: ☐ White/Caucasian ☐ African American ☒ Hispanic ☐ Asian ☐ American Indian ☐ Other (identify):

Need for Interpreter? Yes ☐ No ☒  If yes, language:

Telepsychiatry ☒   Onsite Evaluation ☐

Is this the offender's first incarceration in prison? Yes ☐ No ☒

Number of times the offender has been incarcerated: 7-8x

'umber of years the offender has spent incarcerated (lifetime): >1/2 of his life   Parole Violation: Yes ☐ No ☐

Current Holding Offenses(s): armed robbery. 14 yr @50%, 09/2022

**Source of information:** (Check all that apply)
☒ Offender ☒ Medical Record ☐ Jail Record
☐ Other (identify):
☒ Mental Health Evaluation dated: 7-27-17, 8-8-17

**1. Chief complaint:**
itake

**2. History of Present Illness:**
39 y/o IM w/ bipolar d/o and PTSD
-reported long h/o childhood physical, emotional, and sexual abuse by family
-sx: not trusting others, impulsive, irritability
-has SE related to VPA including alopecia and wt. gain
per MAR, has been refusing AM meds x 2; requesting for meds to given at HS
continue to report ongoing irritability
-h/o poor outpt Rx compliance, was not on meds PTD

**3. CURRENT PSYCHOTROPIC MEDICATIONS:** None ☐   MAR reviewed: Yes ☒ No ☐

Is offender currently prescribed Involuntary Psychotropic Medication(s)?   Yes ☐ No ☒
If yes, indicate which psychotropic medications are currently involuntary.

| Medication (name, dose, schedule) | Effectiveness | Compliance |
|---|---|---|
| Depakote 500mg BID<br>Buspar 15mg BID<br>Effexor 187.5mg QAM | ☐ Continues to be effective<br>☒ Somewhat effective<br>☐ Not currently effective | ☐ Compliant with medication<br>☐ Not currently compliant with this medication<br>☒ Refused 2 doses ___ days |
| **Side-effects** | Explain | |
| ☐ EPS ☐ TD<br>☒ None ☐ Other: | | |

Illinois Department of Corrections
## Psychiatric Progress Note

Date: September 5, 2018  Facility: LAW

**Offender Name:**
Last, First, M.I.  Orozco, Pedro    ID Number: K58570    D.O.B.: 1/27/1978

- [ ] Directly observed therapy with thorough mouth checks due to HX of: ____
- [ ] Crush/float all Psychotropics due to  [ ] Hx of non-compliance  [ ] Hx of hoarding medications
  - [ ] Other: ____
- [ ] Offender has been given a copy of the Psychotropic Medication Information brochure.
- [ ] I have verbally reviewed any medication changes, side-effects, risks and benefits of treatment or refusing treatment with the offender.
- [ ] Offender's psychiatric condition is considered chronic and he/she has been psychiatrically stable on the same psychotropic medication(s) at the same dose and has not been on crisis watch for the past 60 days.
- [ ] MTP modified today as a result of:  [ ] Diagnosis change/addition  [ ] Psychiatric decompensation
  - [ ] Psychotropic medication dosage/usage: ____
  - [ ] Other: ____

Recommended Disposition (Level of Care):  [x] Continue  [ ] Refer to:  [ ] Transfer to:
[x] Outpatient Level of Care  [ ] Residential Treatment Unit  [ ] Inpatient  [ ] Crisis

Resultant Visit Type:  [ ] Unchanged from Scheduled Visit Type  [ ] Changed from Scheduled Visit Type
If Resultant Visit Type has changed from Scheduled Visit Type, explain the reason for the change:

## 14. MEDICATION ORDERS

|  | Medication | Dosage | Instructions |
|---|---|---|---|
| [ ] Continue<br>[ ] Discontinue<br>[ ] Start | See Instructions | See Instructions | Discontinue Trazodone 100 mg QHS PO<br>Buspar 30 mg BID PO<br>Effexor XR 225 mg QHS PO<br>Prazosin 2 mg QHS PO |
|  | **Script/order** |  | **Use Stock** |
|  | [x] Written<br>[ ] T.O./Verbal or faxed to: |  | [ ] Yes<br>[ ] No |
|  | **Medication** | **Dosage** | **Instructions** |
| [ ] Discontinue<br>[ ] Start | See Instructions | See Instructions | Benadryl 50 mg QHS PO |
|  | **Script/order** |  | **Use Stock** |
|  | [x] Written<br>[ ] T.O./Verbal or faxed to: |  | [ ] Yes<br>[ ] No |

Next Appointment Date: 30 days    End Time: 8:25

**Evaluation completed by:**

| Felix Rodriguez | MD | 9.5.18 | Felix Rodriguez (Digitally signed) |
|---|---|---|---|
| Print Name | Title | Date | Signature |

Distribution  Offender Medical File

#9

Illinois Department of Corrections

## Psychiatric Diagnostic Evaluation

Date: August 25, 2017     Facility: Lawrence Correctional Center

Offender Name:
Last, First Orozco, Pedro     ID Number: K58570     D.O.B. _____

Children(#): 1     Ages of children: 23

Was the offender a member of the military service?  Yes ☐  No ☒
Was the offender in a combat situation?  Yes ☐  No ☐
Type of discharge:  ☐ Honorable  ☐ General  ☐ Medical  ☐ Dishonorable
☐ Other (explain): _____

Has the offender ever received SSI/SSDI?  Yes ☐  No ☐  (self report) ☐  (supportive documentation) ☐

Does the offender have a history of abuse?  Yes ☒  No ☐
If yes, identify type:  Physical ☒  Emotional ☒  Sexual ☒  Other: ☐
Explain
childhood by family

Does the offender have a history of domestic violence?  No ☒  Yes (identify) ☐  Victim ☐  Perpetrator ☐

| 10. PSYCHIATRIC SYMPTOMS | CURRENT | PAST | COMMENTS |
|---|---|---|---|
| **Anxiety** | ☒ | ☒ | |
| Worry a lot | ☐ | ☐ | |
| Sleep disturbance | ☐ | ☐ | |
| Restlessness | ☐ | ☐ | |
| Irritability | ☐ | ☐ | |
| Many physical complaints (specify in comments) | ☐ | ☐ | |
| Phobias (specify in comments) | ☐ | ☐ | |
| Panic Attacks | ☐ | ☐ | |
| **Depression** | | | |
| ▲ or ▼ appetite, weight | ☐ | ☐ | |
| ▲ or ▼ sleep | ☐ | ☐ | |
| Low energy | ☐ | ☐ | |
| Loss of interest in pleasurable activities (specify in comments) | ☐ | ☐ | |
| Low self-esteem | ☐ | ☐ | |
| Poor concentration | ☐ | ☐ | |
| Memory impairment | ☐ | ☐ | |
| Depressed mood | ☐ | ☐ | |
| Crying a lot | ☐ | ☐ | |
| Hopelessness, helplessness | ☐ | ☐ | |
| Feelings of excessive guilt | ☐ | ☐ | |
| **Mania** | | | |
| Elevated self-esteem | ☐ | ☐ | |
| ▲ Irritability | ☒ | ☒ | |
| Distractability | ☐ | ☐ | |
| ▼ Need for sleep | ☒ | ☒ | |
| Racing thoughts | ☐ | ☐ | |

#10

**Illinois Department of Corrections**

**Psychiatric Progress Note**

Date: October 9, 2018     Facility: LAW

**Offender Name:**
Last, First, M.I. Orozco, Pedro     ID Number: K58570     D.O.B.: 1/27/1978

| Medication (name, dose, schedule) | Effectiveness | Compliance |
|---|---|---|
| Side-effects | Explain | |

Side-effects: ☐ EPS ☐ TD ☒ None ☐ Other:

If offender is receiving neuroleptic medication, AIMS due at start and every 3-6 months thereafter. If offender is receiving 2nd generation neuroleptic, then metabolic monitoring is required. This includes personal, family Hx, BMI, waist circumference, BP, fasting plasma glucose, fasting lipid profile initially and at recommended time intervals per recommended psychiatric literature guidelines. Lithium, valproate, carbamazepine all require baseline laboratory evaluations and regular laboratory monitoring per recommended psychiatric literature guidelines. Periodic blood pressure & pulse monitoring recommended for SNRI's

**6. Medical/Mental Health – Female Specific:** ☒ Not Applicable

**7. Mental Status Examination**

Posture/Gait: ☒ Appropriate ☐ Inappropriate ☐ Slumped ☐ Tense ☐ Atypical ☐ Rigid

Behavior: ☒ Unremarkable ☐ Poor physical boundaries ☐ Posturing aggressively
☐ Tensed muscles ☐ Closed body posture ☐ Guarded/protective posturing
☐ Psychomotor retardation ☐ Psychomotor agitation

Eye contact: ☒ Unremarkable ☐ Avoids eye contact ☐ Looks down in his/her lap
☐ Timid ☐ Unfocused ☐ Appropriate

Level of Appearance: ☒ Appropriately Groomed ☐ Disheveled ☐ Poor Hygiene ☐ Malodorous

Level of consciousness: ☒ Alert ☐ Clouded consciousness ☐ Lethargic ☐ Delirious ☐ Somnolent

Level of Cooperation: ☒ Cooperative ☐ Guarded/Suspicious ☐ Hostile ☐ Uncooperative

Orientation: ☒ Ox4 (Time, place, person, reality) ☐ OX _____ (list:) _____ ☐ Disoriented

Attention: ☒ Appropriately focused ☐ Selective attention/inattention ☐ Distractible ☐ Unaware

Speech: ☒ Unremarkable ☐ Slowed ☐ Rapid ☐ Inarticulate ☐ Pressured
In tone: ☒ Unremarkable ☐ Irritability ☐ Terse ☐ Impatience ☐ Flatted tone

Thought Processes: ☒ Clear/Coherent ☐ Circumstantial ☐ Disorganized ☐ Tangential
☐ Loose Association ☐ Word Salad/Incoherent

Explain:

Thought content: ☒ Unremarkable ☐ Paranoid ☐ Delusional ☐ Excessive religiosity ☐ Referential

Explain:

Perceptions: ☐ Hallucination ☐ Auditory ☐ Visual ☐ Olfactory ☐ Somatic ☐ Illusions

Explain:
Denies perceptual disturbance



216 S. Jefferson Street
Suite 504
Chicago, IL 60661
ph 312-382-1600
fx 312-382-1619
cdmoran@carlsondash.com

**PRIVILEGED AND CONFIDENTIAL**

November 9, 2018

**VIA FIRST CLASS MAIL**

Pedro Orozco
IDOC #K-58570
10930 Lawrence Road
Sumner, IL 62466

    Re:    Your Issues with the Illinois Department of Corrections

Dear Mr. Orozco,

I received from you an envelope and your letter requesting us to represent you with respect to some issues you are having with the Illinois Department of Corrections.

My law practice concentrates in the area of employment law and commercial litigation. My practice does not include claims against the IDOC. I was appointed by the Federal Court to represent Mr. LaRumbe. Because my firm is relatively small and focused on areas of law unrelated to your claims against IDOC, I am unable to devote additional resources to assisting you. I am sorry that we are not able to assist you. I wish you the best of luck.

                                    Best Regards,

                                    C. Douglas Moran

CDM/kn

#12

# BRUGGEMAN, HURST & ASSOCIATES, PC
### ATTORNEYS AT LAW

20012 WOLF ROAD
SUITE 200
MOKENA, ILLINOIS 60448
PHONE: (708) 478-6900
FAX: (708) 478-6911

ALAN R. BRUGGEMAN
DAVID C. HURST

MICHAEL G. BOUCK
BENJAMIN J. PAVUR

JEANETTE M. RIEL
(1960-2007)

November 12, 2019

**LEGAL MAIL**

Mr. Pedro R. Orozco # 58570
P.O. Box 549
Lincoln, Illinois 62656

Re    18CV2409
      18CV1938

Dear Mr. Orozco:

Thank you for your letter of November 7, 2019 responding to our correspondence of October 29, 2019.

We are not interested in handling your deliberate indifference case. The cost in time and money is not justified by the probable outcome.

We might be interested in handling your excessive force case if you were realistic about settlement, and if there was video evidence of the officer beating you. According to you, the beating occurred in an area of the jail where there was no camera coverage. This means that it is your word against the officer's. In Federal Court, that is not a recipe for success. Moreover, even the best excessive force cases do not settle in the six or seven figure range. Based on your expectations, you should prepare your cases for trial.

Thank you for allowing us the opportunity to review your cases, but we are declining both representations.

Very truly yours,

David C. Hurst

DCH:jmc

#13



# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

August 28, 2018

**CONFIDENTIAL LEGAL CORRESPONDENCE**

*Via U.S. Mail*
Pedro Orozco
K58570
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466

    Re:    *Your request for legal representation*

To Pedro Orozco:

    This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

    Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

    We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

                                 Sincerely,

                                 Loevy & Loevy


#14

———— LAW OFFICES ————
# KENNETH N. FLAXMAN P.C.

August 13, 2018

Pedro Orozco
K58570
10930 Lawrence Road
Sumner, IL 62466

*Re: Your Recent Letter*

Dear Mr. Orozco:

Thank you for your letter. Unfortunately, my firm is too busy to represent you. This is not because your claims lack merit, but rather because we are completely overloaded with other work.

If you ask a court to recruit a lawyer for you, you may submit this letter to the court to demonstrate that you have tried to get a lawyer yourself.

Good luck to you.

Sincerely,

Joel Flaxman

**Kenneth N. Flaxman**   (312) 253-7189   knf@kenlaw.com     **Joel A. Flaxman**   (312) 253-7207   jaf@kenlaw.com

200 South Michigan Ave, Suite 201, Chicago, Illinois 60604 • T:(312) 427-3200 • F:(312) 427-3930 • www.kenlaw.com