## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Pedro Orozco (#K-58570), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 18 C 2409 |
| v. | ) | |
| | ) | Hon. Charles R. Norgle |
| Officer Arce, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

By Order of December 14, 2018, the Court denied Plaintiff's motion for attorney assistance, relying on the factors set forth in *Pruitt v. Mote*, 503 F.3d 647, 654 (7th Cir. 2007). Plaintiff's present motion [50] does not provide any additional information that persuades the Court that its previous decision should be reconsidered. This case is not particularly complex and the parties are completing discovery without any complaints or apparent difficulty. Plaintiff seems perfectly capable of litigating this matter, notwithstanding his limited education, the general obstacles presented by the fact of incarceration, and his mental health challenges. Plaintiff also has demonstrated an ability to comply with the Court's directives. Consequently, for the reasons set forth in the Court's previous order denying counsel [23], Plaintiff's renewed motion [50] is denied. Should the case proceed to a point that assistance of counsel is appropriate, the Court may revisit this request.

Date: 1-3-20          /s/