**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Pedro Orozco, | ) | |
| | ) | |
| Plaintiff, | ) | 18 C 2409 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Charles Norgle. |
| Officer Arce, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Now comes the Plaintiff and the Defendants, by and through their attorneys, and hereby submit this Joint Status Report per the Third Amended General Order 20-0012:

1. **Names of Attorneys**

   *Plaintiff*

   Melinda Power (Lead Attorney)
   melindapower1@gmail.com
   West Town Community Law Office
   2502 West Division
   Chicago, IL 60622
   (773) 278-6706

   *Counsel for Defendants*

   Ryan D. Suniga (Lead Attorney)
   ryan.suniga@cookcountyil.gov
   Cook County State's Attorney's Office
   500 Richard J. Daley Center
   Chicago, IL 60602
   (312) 603-7930

2. **Progress of discovery**

   Defendants have propounded written discovery on Plaintiff, which has been responded to. Plaintiff's deposition was taken on June 7, 2019. On April 28, 2020, Plaintiff's newly retained counsel issued written discovery requests to Defendants. The parties have agreed that Defendants' responses to those requests will be due on or before June 18, 2020. Plaintiff anticipates taking the depositions of each Defendant.

3. **Status of briefing on any unresolved motions**

   N/A.

4. **Settlement Efforts**

The parties engaged in some settlement discussions prior to Plaintiff retaining counsel, which were unsuccessful. To date, the parties have not engaged in any additional settlement discussions.

5. **Proposed schedule for the next 45 days**

Defendants' responses to Plaintiff's written discovery due on or before June 18, 2020.

6. **Proposed revised discovery and dispositive motion schedule**

All fact discovery shall be noticed in time to be completed by November 30, 2020.

7. **Agreed action that the Court can take without a hearing**

Entering the agreed discovery schedule.

**RESPECTFULLY SUBMITTED BY**:

/s/ *Melinda Power*
West Town Community Law Office
2502 West Division
Chicago, IL 60622
(773) 278-6706

/s/ *Ryan D. Suniga*
DEFENDANTS
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-7930