# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Pedro R. Orozco

                Plaintiff,

v.

Officer Arce, et al.

                Defendant.

Case No.: 1:18−cv−02409
Honorable Charles R. Norgle Sr.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 20, 2020:

    MINUTE entry before the Honorable Charles R. Norgle: Joint Written Written Status Report in this matter and in Case No 18 C 1938 is due on or before 8/7/2020. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.